## Commonwealth *v.* Reilly, Appellant.

Submitted June 16, 1975. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee. Judgment of sentence affirmed.

## Commonwealth *v.* Reynolds, Appellant.

Submitted March 20, 1975. *David C. Harrison,* for appellant; *Hugh J. Colihan, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee. Judgment of sentence affirmed.